**Terri M. Thomas**

| | |
|---|---|
| **From:** | Bruce Betzer <bruce@brucebetzer.com> |
| **Sent:** | Thursday, May 2, 2019 12:33 PM |
| **To:** | Morgan A. Druhan |
| **Cc:** | Emily Eagan; Melissa Hymel; Jennifer Avallone; alariolaw@gmail.com; Shanna LaGarde |
| **Subject:** | RE: Wilbert Thomas, et al. v. John Doe, et al |

Morgan,
Please give me until Monday to review the file. If you don't hear back from me by Monday, you can assume that I cannot stipulate. Thanks

---

Bruce C. Betzer, Bar No. 26800
Law Office of Bruce C. Betzer
A Professional Limited Liability Company
3129 Bore Street
Metairie, Louisiana 70001
Phone (504) 832-9942
Fax (504) 304-9964
bruce@brucebetzer.com
www.brucebetzer.com

Bruce C. Betzer is engaged in the practice of law. This electronic message, along with any attachments, is intended only for the person or entity to which it is addressed and contains confidential and/or privileged material. If you are not the intended recipient, be aware that any disclosure, copying, distribution, or other use of the contents of this information is strictly prohibited. If you have received this electronic transmission in error, please notify us by return email at the address shown and by fax at 504-304-9964 and destroy this transmission immediately. Thank you.

**From:** Morgan A. Druhan [mailto:MDruhan@glllaw.com]
**Sent:** Thursday, May 02, 2019 11:38 AM
**To:** Bruce Betzer
**Cc:** Emily Eagan; Melissa Hymel
**Subject:** Wilbert Thomas, et al. v. John Doe, et al

Bruce,

    Thanks for speaking with me earlier. This will confirm our earlier telephone conversation that your clients, Wilbert Thomas, Jr. and Trevita Jackson, cannot stipulate to their damages being less than $75,000 as they are currently still treating, and have MRIs showing a potential herniation. Please let me know if you disagree and they are willing to stipulate.

    Also, when you have a chance to send that video, that would be great. I appreciate it and it look forward to working with you on this case.

Thanks,
Morgan



GIEGER, LABORDE & LAPEROUSE L.L.C.
NEW ORLEANS: 701 Poydras Street, Suite 4800, New Orleans, LA 70139
Phone: 504-561-0400  Fax: 504-561-1011
HOUSTON: 5151 San Felipe, Suite 750, Houston, TX 77056
Phone: 832-255-6000  Fax: 832-255-6001

1


EXHIBIT B

**Morgan A. Druhan**
**Associate**
Direct Dial: (504) 654-1321
Cell Phone: (251) 895-9152
Facsimile: (504) 561-1011
www.glllaw.com

CONFIDENTIALITY NOTICE: The following message may constitute a confidential attorney-client communication. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this communication in error, do not read it. Please delete it from your system without copying it, and notify the sender by reply e-mail or phone, so that our address record can be corrected.